UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

               v.                          5:05-CR-162
                                            (FJS)

RONALD R. JERRETT,

                             **Defendant.**

---

**APPEARANCES**                              **OF COUNSEL**

**OFFICE OF THE UNITED STATES**     **RICHARD R. SOUTHWICK, AUSA**
**ATTORNEY**
James F. Hanley Federal Building
100 South Clinton Street
P.O. Box 7198
Syracuse, New York, 13261-7198
Attorneys for the United States

**OFFICE OF JEFFERY DEROBERTS**     **JEFFERY DEROBERTS**
333 East Onondaga Street, 3rd Floor
Syracuse, New York 13202
Attorneys for Defendant

**SCULLIN, Chief Judge**

## ORDER

Currently before the Court are Defendant's motions *in limine*. After carefully considering the file in this matter, the parties' submissions and oral arguments, and the applicable law, and for the reasons stated at oral argument, the Court hereby

**ORDERS** that Defendant's motion to preclude the Government from introducing its proffered Rule 404(b) evidence at trial is **GRANTED**; and the Court further

    **ORDERS** that Defendant's motion to preclude the Government from introducing evidence of his current physical condition at trial is **DENIED**; and the Court further

    **ORDERS** that Defendant's motion to preclude the Government from introducing evidence of his conduct prior to March 31, 2000 is **DENIED**; and the Court further

    **ORDERS** that the Government's request for reciprocal discovery from Defendant is **DENIED AS MOOT** based upon Defendant's counsel's statement at oral argument that he has no such evidence.

**IT IS SO ORDERED.**

Dated: September 12, 2005
       Syracuse, New York

                                              Frederick J. Scullin, Jr.
                                              Chief United States District Court Judge